UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:
MIRACLE MILE PROPERTIES 3, LLC

Case No. 23-43930

Chapter 11

Debtor(s)
-----------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

Pari Golian, Authorized Representative, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 11 of the Bankruptcy Code on October 27, 2023.

2. Schedule(s) A/B, G & H were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [Check applicable box]:

   ☒ The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

   ☐ Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. [If creditors have been *added*] An amended mailing matrix is annexed hereto, listing added creditors ONLY, in the format prescribed by Local Rule 1007-3.

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007; it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

Dated: 11/14/2023

_____
Debtor *(signature)*

Sworn to before me this 14th
Day of November, 2023

_____
Notary Public, State of New York

Katelynne Marie Welch
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01WE6444161
Qualified in Nassau County
Commission Expires 11/21/2026

Rev. 12/1/2020

Fill in this information to identify the case:

Debtor name  **Miracle Mile Properties 3, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor                                                Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking account | 1117 | $7,098.42 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1. $7,098.42
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:  Accounts receivable

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:  Investments

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor      **Miracle Mile Properties 3, LLC**                          Case number *(if known)* _____
           Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Commecial property locatated at 295 Northern Boulevard, Great Neck, NY 11021 | Fee Owner | $0.00 | Market Comp | $4,000,000.00 |

56. **Total of Part 9.**                                                                                                    $4,000,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

Debtor   **Miracle Mile Properties 3, LLC**                          Case number *(If known)* _____
         Name

■ No
☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Miracle Mile Properties 3, LLC**                    Case number *(If known)*
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $7,098.42 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.........................> | | $4,000,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $7,098.42 | + 91b. $4,000,000.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $4,007,098.42 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Miracle Mile Properties 3, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | $1,591.35 monthly rent | |
|---|---|---|---|
| | State the term remaining | | Almas Nazir |
| | List the contract number of any government contract | | 295 Northern Boulevard Suite 304 Great Neck, NY 11021 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | $1,428.81 monthly rent | |
|---|---|---|---|
| | State the term remaining | | Dr. Guy Farber |
| | List the contract number of any government contract | | 295 Northern Boulevard Suite 212 Great Neck, NY 11021 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | $900.00 monthly rent | |
|---|---|---|---|
| | State the term remaining | | Fox Management |
| | List the contract number of any government contract | | 295 Northern Boulevard Suite 306 Great Neck, NY 11021 |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | $2,725.00 monthly rent | |
|---|---|---|---|
| | State the term remaining | | GHW Essential Wellcare, Inc. |
| | List the contract number of any government contract | | 295 Northern Boulevard Great Neck, NY 11021 |

Debtor 1  **Miracle Mile Properties 3, LLC**                                  Case number (*if known*) _____
         First Name    Middle Name    Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | $1,861.00 monthly rent |
| | State the term remaining | |
| | List the contract number of any government contract | Howard L. Pally<br>295 Northern Boulevard<br>Suite 103<br>Great Neck, NY 11021 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | $1,896.66 monthly rent |
| | State the term remaining | |
| | List the contract number of any government contract | ITC Consulting, LLC<br>295 Northern Boulevard<br>Suite 100<br>Great Neck, NY 11021 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | $1,056.77 monthly rent |
| | State the term remaining | |
| | List the contract number of any government contract | Jinwoo Jang Architect, PLLC<br>295 Northern Boulevard<br>Suite 301<br>Great Neck, NY 11021 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | $2,200.35 monthly rent |
| | State the term remaining | |
| | List the contract number of any government contract | K&J Accounting & Tax Consulting, Inc.<br>295 Northern Boulevard<br>Suite 204<br>Great Neck, NY 11021 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | $3,133.74 monthly rent |
| | State the term remaining | |
| | List the contract number of any government contract | New York Imaging Center<br>295 Northern Boulevard<br>Suite 307<br>Great Neck, NY 11021 |

Debtor 1  **Miracle Mile Properties 3, LLC**  
        First Name        Middle Name        Last Name

Case number *(if known)* _____

### ■ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | $1,934.57 monthly rent | |
| | State the term remaining | | The Delphi Co. |
| | | | 295 Northern Boulevard |
| | List the contract number of any government contract | | Suite 202B |
| | | | Great Neck, NY 11021 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | $2,300.00 monthly rent | |
| | State the term remaining | | The Open Door Church of NY |
| | | | 295v Northern Boulevard |
| | List the contract number of any government contract | | Suite 104 |
| | | | Great Neck, NY 11021 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | $5,549.92 monthly rent | |
| | State the term remaining | | Variety Gem Co., Inc. |
| | | | 295 Northern Boulevard |
| | List the contract number of any government contract | | Suite 208 |
| | | | Great Neck, NY 11021 |

**Fill in this information to identify the case:**

Debtor name    Miracle Mile Properties 3, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing Address | | Name | Check all schedules that apply: |
| 2.1 | _____ Street _____ City State Zip Code | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 | _____ Street _____ City State Zip Code | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | _____ Street _____ City State Zip Code | | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ Street _____ City State Zip Code | | _____ | ☐ D  ☐ E/F  ☐ G |